

# Berrio & Berrio, P.A.
2333 Brickell Avenue
Suite A-1
Miami, Florida 33129
Telephone: (305) 358-0940
Facsimile: (305) 358-▇▇▇ 5113
www.berrioberriolaw.com



RECEIVED
FEB 9 – 2011
CHAMBERS OF
COLLEEN McMAHON

February 9, 2011

Via facsimile (212)805-6326

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

DOCKET IN CASE #
AS: docket
DATE,                    CM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/11

    Re:   <u>United States vs. Lenin Villalobos</u>
           Case No. 11 Crim. 103

Dear Judge McMahon:

    The purpose of this correspondence is to inform the court that I have been unable to communicate with my client, Lenin Villalobos, who is scheduled for arraignment and initial pretrial conference before Your Honor on Wednesday, February 16, 2011. I have spoken with Mr. Villalobos' family and have been advised that they do not know where he is at. Alvin Bragg, the Assistant United States Attorney who is handling this case is aware of this situation.

                                                                   Sincerely,

                                                                   Juan D. Berrio, Esq.

cc:    Alvin Bragg (AUSA) via facsimile (212)637-2387

Attorneys at Law